**Below is the Order of the Court.**



_____

**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Form odsm

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

Case No.:  19–42748–MJH
Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Whispering Pines TR
   Centralia, WA 98531

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
   83–6649113

## ORDER DISMISSING CASE

This matter having come before the Court and based on a review of the records and files herein, it is

ORDERED that this case is dismissed due to:

- ☑ The debtor's failure to file required schedules.
- ☐ The debtor's failure to pay the filing fee.
- ☐ The debtor's failure to attend the meeting of creditors.
- ☐ The debtor's failure to comply with a show cause order.
- ☐ The debtor's failure to meet minimum filing requirements.
- ☐ Other:

Any unpaid fees remain due and owing to the Clerk of the Bankruptcy Court.

///End of Order///